**Fill in this information to identify the case:**

Debtor 1: Lonnetta R Doss

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Central District of IL (State)

Case number: 18-80309

Form 4100R

# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** US Bank trust NA as trustee of the BKPL-EG Basket Trust

**Court claim no.** (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 0 5 8

**Property address:** 1008 W Virginia Avenue
Number    Street

Peoria    IL    61604
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06 / 01 / 2023
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

Debtor 1  Lonnetta R Doss
         First Name   Middle Name   Last Name

Case number (if known) 18-80309

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Dylan Dean Smith
Signature

Date 06/14/2023

Print  Dylan Dean Smith
       First Name   Middle Name   Last Name

Title  Attorney for Creditor

Company  Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address  394 Wards Corner Road, Suite 180
         Number    Street

Loveland          OH     45140
City              State  ZIP Code

Contact phone ( 513 ) 444 - 4100

Email  bankruptcy@sottileandbarile.com

Form 4100R          Response to Notice of Final Cure Payment          page 2

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| In Re: | Case No. 18-80309 |
| Lonnetta R Doss | Chapter 13 |
| Debtor. | Hon. Judge Peter W Henderson |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on June 14, 2023 a copy of the foregoing Response to Notice of Final Cure Payment has been duly electronically noticed to the following parties:

Wilmer Edgar Weer, Debtor's Counsel
Wilmer.wr@gmail.com

Marsha L Combs-Skinner, Trustee
marsha@ecicwireless.com

Office of the U.S. Trustee
Ustpregion10.pe.ecf@usdoj.gov

And deposited in the United States mail, postage prepaid, addressed to the following parties:

Lonnetta R Doss , Debtor
1008 W Virginia Avenue
Peoria, IL 61604

Respectfully Submitted,

/s/ Dylan Dean Smith
Dylan Dean Smith (6333375)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor